UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEATHER LYNN CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYHN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | NO. 1:15-CV-03028-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND** |

    Before the Court is the parties' Stipulated Motion for Remand, ECF No. 17. The parties stipulate that the above-captioned case be reversed and remanded for further administrative proceedings, including a *de novo* hearing before an administrative law judge ("ALJ"), pursuant to sentence four of 42 U.S.C. § 405(g).

    Accordingly, **IT IS HEREBY ORDERED:**

    1. The parties' Stipulated Motion for Remand, ECF No. 17, is **GRANTED**.

    2. The above-captioned case is **reversed and remanded** to the ALJ.

    3. On remand, the ALJ shall obtain vocational expert evidence at step four and, if necessary, step five of the sequential evaluation process.

    4. Within 10 days after the date this Order is filed, Plaintiff shall file her request for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

//

//

//

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 5th day of October, 2015.



                                    _____
                                            Stanley A. Bastian
                                       United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR REMAND** ~ 2